IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC ) | 2002 SEP -4 P 3: 03 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 02-CV-2099 |
| ) | |
| CINDY GOOCH, KENNETH GOOCH ) | |
| and McSHANE, INC. ) | |
| d/b/a MCS-BALTIMORE ) | |
| ) | |
| Defendants. ) | |

### ORDER

Before this Court is Plaintiff's Stipulation of Dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED THAT Plaintiff's Motion is granted and the cause of action against Defendants Cindy Gooch and Kenneth Gooch is dismissed with prejudice.

*[signed] 5/3/02*
United States District Court Judge

C:\Seaton&Husk\Law\TRANSPRO\MAYFLOWER\Gooch\stipulationorder.wpd