IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAYFLOWER TRANSIT, LLC

    Plaintiff

v                                 Civil No. MJG-02-2099

CINDY GOOCH

KENNETH GOOCH

McSHANE, INC. d/b/a
MCS-BALTIMORE
    Defendants

************

## ORDER

Plaintiff Mayflower Transit, LLC having filed a Suggestion of Bankruptcy in this matter on October 21, 2002; and plaintiff having represented that the case has also been settled as to all parties, it is, this 16th day of July, 2003,

ORDERED

That said case be, and the same is hereby, CLOSED ADMINISTRATIVELY.

Marvin J. Garbis
United States District Judge